**Order entered December 8, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00997-CR
### No. 05-13-00998-CR

**CODY BRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-23970**

## ORDER

We **GRANT** the State's December 8, 2014 request for oral argument. As stated in our December 5, 2014 order granting appellant's motion to argue, the causes are set for oral argument at 9:00 a.m. on December 17, 2014.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE